# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

United States of America,

       Plaintiff,                      Case No. 11-cr-201298
                                          **Hon. Robert H. Cleland**
   vs                               U.S. District Court Judge

DEAN TAGLIAVIA,

       Defendant.

---

### DEFENDANT TAGLIAVIA'S RESPONSE TO MOTION TO CONSOLIDATE

NOW COMES Defendant Dean Tagliavia, by and through his counsel, Burdick Law, P.C. by James W. Burdick, and in response to the government's motion to consolidate (Dkt No. 427), says as follows:

1. Defendant does not object to consolidation of these matters for the purposes of discovery and motion practice.

2. Defendant does object to the consolidation of these matters for trial purposes.

                                                **Burdick Law, P.C.**

                                                 /s/ James W. Burdick
                                        **JAMES W. BURDICK (P-11397)**
                                        Attorney for Defendant
                                        1760 South Telegraph Road, Suite 300
                                        Bloomfield Hills, Michigan 48302-0183
                                        Ph: (248) 335-5000; Fax: (248) 253-9620
                                        jwb@jwburdicklaw.com

# CERTIFICATE OF SERVICE

I hereby certify that, on August 15, 2011, I electronically filed the foregoing **Defendant Dean Tagliavia's Response to Government Motion to Consolidate** with the Clerk of the Court, United States District Court for the Eastern District of Michigan, using the ECF system, which will send notification of such filing to the following:

AUSA Saima Moshin, at saima.moshin@usdoj.gov

as well as to all other counsel of record.

Respectfully submitted,

**Burdick Law, P.C.**

/s/ James W. Burdick
**JAMES W. BURDICK (P-11397)**
Attorney for Defendant
1760 South Telegraph Road, Suite 300
Bloomfield Hills, Michigan 48302-0183
Ph: (248) 335-5000; Fax: (248) 253-9620
jwb@jwburdicklaw.com

Dated: August 15, 2011

C:\DATA FILES\W.P. DOCS\02) TAGLIAVIA, DEAN - 2009\RESP TO CONSOL MTN - 15AUG12.DOC