# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

United States of America,

        Plaintiff,

*vs*

DEAN TAGLIAVIA,

        Defendant.

Case No. 11-cr-201298
**Hon. Robert H. Cleland**
U.S. District Court Judge

---

## DEFENDANT TAGLIAVIA'S RESPONSE TO
## GOVERNMENT'S EXCLUDABLE DELAY MOTION

---

NOW COMES Defendant Dean Tagliavia, by and through his counsel, Burdick Law, P.C. by James W. Burdick, and in response to the government's motion to declare the time between April 16, 2013, and June 20, 2013, to be excludable delay under T. 18 USC §3161(h)(7)B)(ii) (Dkt No. 570), concurs that the time should be considered excludable as set forth in said motion.

**BURDICK LAW, P.C.**

By: _____/s/ James W. Burdick_____
**JAMES W. BURDICK (P-11397)**
Attorney for Defendant
1760 South Telegraph Road, Suite 300
Bloomfield Hills, Michigan 48302-0183
Ph: (248) 335-5000; Fax: (248) 253-9620
jwb@jwburdicklaw.com

## CERTIFICATE OF SERVICE

I hereby certify that, on April 18, 2013, I electronically filed the foregoing **Defendant Dean Tagliavia's Response to Government Motion to Consolidate** with the Clerk of the Court, United States District Court for the Eastern District of Michigan, using the ECF system, which will send notification of such filing to the following:

AUSA, Eric Straus and Saima Moshin, at:

eric.straus@usdoj.gov and saima.moshin@usdoj.gov

as well as to all other counsel of record.

Respectfully submitted,

**Burdick Law, P.C.**

_____/s/ James W. Burdick_____
**JAMES W. BURDICK (P-11397)**
Attorney for Defendant
1760 South Telegraph Road, Suite 300
Bloomfield Hills, Michigan 48302-0183
Ph: (248) 335-5000; Fax: (248) 253-9620
jwb@jwburdicklaw.com

Dated: **April 18, 2013**

C:\DATA FILES\W.P. DOCS\(02) TAGLIAVIA, DEAN - 2009\RESP TO EXCL DELAY MTN - 18APR13.DOC