UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

      Plaintiff,

  vs

DEAN TAGLIAVIA,

      Defendant.

Case No. 11-cr-201298
**Hon. Robert H. Cleland**
U.S. District Court Judge

**DEFENDANT TAGLIAVIA'S RESPONSE IN SUPPORT OF, AND JOINDER IN, GOVERNMENT MOTION TO DISMISS (Dkt. 624)**

NOW COMES Defendant Dean Tagliavia, by and through his counsel, Burdick Law, P.C. by James W. Burdick, and in response to the government's motion to dismiss third superseding indictment as to Defendant Tagliavia (Dkt No. 624), says as follows:

1. Defendant does not object to the motion, and in fact joins the Motion herewith.

**Burdick Law, P.C.**

    /s/ James W. Burdick
**JAMES W. BURDICK (P-11397)**
Attorney for Defendant
1760 South Telegraph Road, Suite 300
Bloomfield Hills, Michigan 48302-0183
Ph: (248) 335-5000; Fax: (248) 253-9620
jwb@jwburdicklaw.com

CERTIFICATE OF SERVICE

I hereby certify that, on June 28, 2013, I electronically filed the foregoing **Defendant Dean Tagliavia's Response in Support of and Joinder with Government's Motion to Dismiss** with the Clerk of the Court, United States District Court for the Eastern District of Michigan, using the ECF system, which will send notification of such filing to the following:

AUSA Eric M. Straus, at eric.straus@usdoj.,gov

AUSA Saima Moshin, at saima.moshin@usdoj.gov

as well as to all other counsel of record.

Respectfully submitted,

**Burdick Law, P.C.**

    /s/ James W. Burdick
**JAMES W. BURDICK (P-11397)**
Attorney for Defendant
1760 South Telegraph Road, Suite 300
Bloomfield Hills, Michigan 48302-0183
Ph: (248) 335-5000; Fax: (248) 253-9620
jwb@jwburdicklaw.com

Dated: June 28, 2011

C:\DATA FILES\W.P. DOCS\02) TAGLIAVIA, DEAN - 2009\RESP & JOINDER G MTN DISM - 28JUN13.DOC